JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

### Plaintiff(s):
First Listed Plaintiff:
Glen Cusimano ;
1 Citizen of This State;
**County of Residence:** Jackson County

### Defendant(s):
First Listed Defendant:
Lounge KC, LLC d/b/a Mosaic Lounge ;
2 Citizen of Another State; Maryland
**County of Residence:** Outside This District

Additional Defendants(s):
Entertainment Concepts Investors, LLC; ;
2 Citizen of Another State; Maryland

The Cordish Companies, Inc. ;
5 Incorporated and Principal Place of Business in Another State; Maryland

**County Where Claim For Relief Arose:** Jackson County

### Plaintiff's Attorney(s):
Linda S. Dickens (Glen Cusimano)
Dickens Law, LLC
10975 Grandview Dr.
Overland Park,, Kansas 66210
Phone: 913-486-9908
Fax: 913-317-1416
Email: Linda@DickensLawKC.com

### Defendant's Attorney(s):
W. James Foland ( Lounge KC, LLC d/b/a Mosaic Lounge)
Foland, Wickens, Eisfelder, Roper & Hofer, P.C.
911 Main Street, Ste. 3000
Kansas City, Missouri 64105
Phone: 816-472-7474
Fax: 816-472-6262
Email: jfoland@fwpclaw.com

Jacqueline M. Sexton ( The Cordish Companies, Inc.)

911 Main Street, Ste. 3000
Kansas City, Missouri 64105
Phone: 816-472-7474
Fax: 816-472-6262
Email: jsexton@fwpclaw.com

Monica M. Fanning ( The Cordish Companies, Inc.)

911 Main Street, Ste. 3000
Kansas City, Missouri 64105
Phone: 816-472-7474
Fax: 816-472-6262

Email: mfanning@fwpclaw.com

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)
　Plaintiff: 1 Citizen of This State
　Defendant: 2 Citizen of Another State

**Origin:** 2. Removed From State Court
　State Removal County: Jackson County
　State Removal Case Number: 1416-CV05138

**Nature of Suit:** 360 Other Personal Injury Actions

**Cause of Action:** Notice of Removal is being filed pursuant to 28 U.S.C. Secs. 1332, 1441, and 1446, underlying state claim is R.S.Mo. Sec. 213-010-213-137.

**Requested in Complaint**
　Class Action: Not filed as a Class Action
　Monetary Demand (in Thousands): 10,000,000
　Jury Demand: Yes
　Related Cases: Is NOT a refiling of a previously dismissed action

Signature: *Monica M. Fanning*

Date: May, 23, 2014

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Please note that the following attorneys represent the defendants listed below:

- Lounge KC, LLC d/b/a Mosaic Lounge;
- Entertainment Concepts Investors, LLC;
- The Cordish Companies, Inc.


W. James Foland
Foland, Wickens, Eisfelder, Roper & Hofer, P.C.
911 Main Street, Ste. 3000
Kansas City, Missouri 64105
Phone: 816-472-7474
Fax: 816-472-6262
Email: jfoland@fwpclaw.com


Jacqueline M. Sexton
Foland, Wickens, Eisfelder, Roper & Hofer, P.C.
911 Main Street, Ste. 3000
Kansas City, Missouri 64105
Phone: 816-472-7474
Fax: 816-472-6262
Email: jsexton@fwpclaw.com


Monica M. Fanning
Foland, Wickens, Eisfelder, Roper & Hofer, P.C.
911 Main Street, Ste. 3000
Kansas City, Missouri 64105
Phone: 816-472-7474
Fax: 816-472-6262
Email: mfanning@fwpclaw.com